UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Farnam Street Financial, Inc., | Civil No. 09-233 (MJD/FLN) |
|     Plaintiff and<br>    Third-Party Defendant, | |
| v. | **O R D E R** |
| Pump Media, Inc.,<br>Jay Bajaria, and Peter Tawil, | |
|     Defendants and<br>    Third-Party Plaintiffs, | |
| v. | |
| Wes Olsen, *et al.*, | |
|     Third-Party Defendants | |

_____

Based upon the Findings of Fact, Conclusions of Law, and Recommendation by United States Magistrate Judge Franklin L. Noel dated November 23, 2009, all the files and records, and no objections having been filed to said Report and Recommendation,

**IT IS HEREBY ORDERED** that Plaintiff's and Third-Party Defendants' motion to dismiss [#51] is GRANTED.

DATED: December 8, 2009      s/Michael J. Davis_____
at Minneapolis, Minnesota      CHIEF JUDGE MICHAEL J. DAVIS
     United States District Court